IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DANIEL LEE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 20-CV-2341-CBS-JEH |
| | ) | |
| JEFF WOOD, in his individual capacity and in his official capacity as Edgar County Sheriff, JAY WILLAMAN, JESSE LEWSADER, EDGAR COUNTY, ILLINOIS, and CITY OF PARIS, ILLINOIS, a municipal corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS**

COME NOW the defendants, Jesse Lewsader and City of Paris, by their attorneys, Gail L. Reich and Karen L. McNaught of O'Halloran Kosoff Geitner & Cook, LLC, and pursuant to *Younger v. Harris* (401 U.S. 37 (1971)) and this Court's inherent power hereby move to stay Counts I, IV, and V of the complaint until the adjudication of the criminal matter pending against plaintiff in the case entitled *People of the State of Illinois v. Daniel Robinson* (Edgar Co. 2020-CF-125) is resolved, including any appeal and final disposition. In support thereof, the following statements are made.

1.  Plaintiff brought the instant civil rights complaint pursuant to 42 U.S.C. §1983 against a number of defendants, including Edgar County; Jeff Wood, the Edgar County Sheriff; Jay Willaman, an Edgar County Sheriff's Deputy; the City of Paris; and Jesse Lewsader, a police officer with the City of Paris.

2.  Count I is a claim that defendant, Jesse Lewsader, used excessive force when he arrested plaintiff on July 16, 2020, after he became angry, irrational, frustrated, and kicked a

podium in the courtroom during a court appearance and Officer Lewsader and Deputy Willaman took plaintiff to the floor and handcuffed him.

3. Plaintiff has brought a pendant State-law claims in Count IV against Jesse Lewsader and Jay Willaman for allegedly engaging in willful and wanton misconduct in controlling plaintiff during the July 16, 2020, incident.

4. Count V is a claim against the City of Paris under a theory of *respondeat superior* for the actions taken in and near the courtroom on July 16, 2020.

5. The Edgar County State's Attorney has brought a State-law criminal prosecution for the events which occurred on July 16, 2020, in the case entitled *People of the State of Illinois v. Daniel Robinson* (Edgar Co. 2020-CF-125).

6. The charges against plaintiff in the criminal proceeding include threatening a public official and two counts of aggravated battery to a police officer.

7. This Court should invoke *Younger v. Harris* (401 U.S. 37 (1971)) abstention on the claims in Counts I, IV, and V of the civil rights complaint.

8. A stay on Counts I, IV, and V should be favored.

9. For these reasons, defendants respectfully request this honorable Court stay the proceedings in this case as to Counts I, IV, and V until the adjudication of the criminal matter pending against plaintiff in the case entitled *People of the State of Illinois v. Daniel Robinson* (Edgar Co. 2020-CF-125) is resolved, including any appeal and final disposition.

10. A memorandum of law in support of the instant motion is being filed herewith.

WHEREFORE for the above and foregoing reasons, defendants, Officer Jesse Lewsader and City of Paris, respectfully request this honorable Court stay the federal civil rights case filed by plaintiff until the adjudication of the criminal matter pending against plaintiff in the case

entitled *People of the State of Illinois v. Daniel Robinson* (Edgar Co. 2020-CF-125) is resolved, including any appeal and final disposition.

        Respectfully submitted,

        JESSE LEWSADER and CITY OF PARIS,

          Defendants,

        By: */s Karen L. McNaught*
        Karen L. McNaught, ARDC #6200462
        Gail L. Reich, ARDC #6279564
        O'Halloran Kosoff Geitner & Cook, LLC
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        Telephone:    847/291-0200
        Facsimile:     847/291-9230
        Email:          kmcnaught@okgc.com
                           greich@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL LEE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 20-CV-2341-CBS-JEH |
| | ) | |
| JEFF WOOD, in his individual capacity and in his official capacity as Edgar County Sheriff, JAY WILLAMAN, JESSE LEWSADER, EDGAR COUNTY, ILLINOIS, and CITY OF PARIS, ILLINOIS, a municipal corporation, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2021, I caused to be electronically filed the foregoing ***Defendants' Motion To Stay Proceedings*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant(s):

>Judith M. Redwood
>redwoodlaw42@hotmail.com
>
>Terence J. Corrrigan
>tcorrigan@okgc.com
>
>Bhairav Radia
>bradia@okgc.com

                        By: *s/ Karen L. McNaught*
                                Karen L. McNaught
                                O'Halloran, Kosoff, Geitner & Cook, LLC
                                650 Dundee Road, Suite 475
                                Northbrook, Illinois 60062
                                Telephone:   (847) 291-0200
                                Facsimile:    (847) 291-9230
                                Email:         kmcnaught@okgc.com